IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JAMIE VINSON, administrator of the ESTATE
OF PHILEMON S. VINSON,

      Plaintiff,

v.                                                                                          Civil Action No. 2:24cv560

WELLPATH, LLC, *et al.*,

      Defendants.

**ORDER**

This matter is before the Court on Wellpath, LLC's (the "Debtor") Suggestion of Bankruptcy and Notice of Stay. ECF No. 38. Pursuant to the Debtor's Voluntary Petition for Non-Individuals Filing Bankruptcy for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), ECF No. 38-1, and the Bankruptcy Court's Amended Interim Order Enforcing the Automatic Stay, ECF No. 38-3, in Case No. 24-90563 (ARP), it is ORDERED that this civil action is automatically stayed in its entirety until further order from the Bankruptcy Court lifting or otherwise modifying the automatic stay. The parties are DIRECTED to file a joint status report every 180 days to apprise the Court of the progress of proceedings before the Bankruptcy Court.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: November 20, 2024