# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION
# MOTION HEARING MINUTES

Date: **5/29/2025**                  Judge:       **Elizabeth W. Hanes**
Time Set: **3:00 p.m.**            Reporter:     **Jill Trail**
Time**: 2:57 p.m. – 3:22 p.m.**    Deputy Clerk:   **Brian Peters**

Case Number: **2:24cv560**

**Jamie Vinson,** *Administrator of the Estate of Philemon S. Vinson*
v.
**Wellpath, LLC,** *et al.*

## PROCEEDINGS:

Randy Singer and Kevin Hoffman appeared on behalf of Plaintiff.
Lauren Kadish appeared on behalf of defendant Wellpath, LLC.
Erica Piotrowski appeared on behalf of defendant Anne Purkerson.
William Tunner appeared on behalf of defendant Cinclair Howard.
Jeff Rosen appeared on behalf of defendants Melissa Peppenhorst, Wayne Handley, and Sheriff Joseph P. Baron.

Came on for hearing re Motion to Partially Lift Stay and Sever Case (ECF #41).

Comments and inquiries from the Court.
The Court GRANTED Wellpath's Amended Motion to Dismiss, ECF 50.
The Court DENIED AS MOOT Wellpath's Partial Motion to Dismiss, ECF 26, as well as Plaintiff's Motion to Partially Lift Stay and Sever Case, ECF 41.
The stay in this case was LIFTED.
The Court directed Wellpath to file a Notice within 30 days regarding the status of defendant Sharon Rice's representation.
Five-day jury trial set to commence on 2/10/2025; FPTC will be held on 1/28/2025 at 10:00 a.m.
Unless the parties request changes by 6/11/2025, the standard scheduling order will issue.
The Court advised the parties that the scheduling order will refer them to Magistrate Judge Leonard for a settlement conference.
Court adjourned.

Case 2:24-cv-00560-EWH-RJK   Document 53   Filed 05/29/25   Page 2 of 2 PageID# 1397