IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JAMIE VINSON,

    Plaintiffs,

v.                                                    Civil Action No. 2:24-cv-560

SHARON RICE, *et al.*,

    Defendants.

## **ORDER**

The Court held a hearing in this matter on May 29, 2025. ECF No. 53. For the reasons stated on the record and in Defendant Wellpath's motion, Wellpath's Amended Motion to Dismiss, ECF No. 50, was GRANTED and Wellpath was DISMISSED with prejudice. Accordingly, Wellpath's Partial Motion to Dismiss, ECF No. 26, and Plainitff's Motion to Partially Lift Stay and Sever Case, ECF No. 41, were DENIED AS MOOT and the stay in this matter was LIFTED. Counsel for Defendant Wellpath is DIRECTED to file a notice with the Court **no later than Monday, June 30, 2025,** indicating the status of Defendant Sharon Rice's representation. All counsel of record are DIRECTED to meet and confer regarding potential modifications to the Court's scheduling order and to file a notice with proposed deadlines, if any, **no later than Wednesday, June 11, 2025.** The Court will enter a scheduling order upon receipt of this notice. The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to Attorney Lauren Kadish.

                                                               /s/
                                                Elizabeth W. Hanes
                                                United States District Judge

Norfolk, Virginia
Date: June 3, 2025