IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JAMIE VINSON, Administrator of the
ESTATE OF PHILEMON S. VINSON,

    Plaintiff,

v.                                                Civil Action No. 2:24cv560 (EWH)

CINCLAIR HOWARD *et al.*,

    Defendants.

## ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR BENEFICIARIES

Plaintiff, by counsel, has requested that the Court appoint Lindsey Cole, Esq., Glenn Reynolds, Esq., and Cassandra Hargrave, Esq. as guardians *ad litem* for Decedent Philemon S. Vinson's minor children, I.L.A., N.S.V., and N.M.V., respectively, for purposes of the Court's consideration of a request to approve an agreed settlement in this matter pursuant to Sections 8.01-50 and 8.01-55 of the Code of Virginia.

Upon consideration of the Motion, the agreement of the parties, and for good cause shown, the Court GRANTS the Motion and hereby appoints Lindsey Cole, Esq. as guardian ad litem for I.L.A., Glenn Reynolds, Esq. as guardian ad litem for N.S.V., and Cassandra Hargrave, Esq. as guardian ad litem for N.M.V., pursuant to Federal Rule of Civil Procedure 17(c)(2) to protect their interests in the proposed approval of the settlement.

Entered this day:  December 23, 2025  .

/s/ *[signature]*
Elizabeth W. Hanes
United States District Judge